AO 245B    Case 4:07-cr-40011-HFB    Document 14    Filed 12/17/07    Page 1 of 4 PageID #: 25
(Rev. 06/05) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

| WESTERN | District of | ARKANSAS |
|---|---|---|

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|

**V.**

PABLO PEREZ-GONZALEZ

Case Number:      4:07CR40011-001

USM Number:      06756-010

John F. Stroud, III
_____
Defendant's Attorney

## THE DEFENDANT:

X pleaded guilty to count(s)      One (1) of an Information on September 13, 2007

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8 U.S.C. § 1326(a) | Illegal Reentry into United States | 08/20/2007 | 1 |

     The defendant is sentenced as provided in pages 2 through   3   of this judgment. The sentence is imposed by referring to the U.S. Sentencing Guidelines as only advisory with the statutory range for offense(s).

☐ The defendant has been found not guilty on count(s)

☐ Count(s) _____ ☐ is    ☐ are   dismissed on the motion of the United States.

     It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

December 13, 2007
_____
Date of Imposition of Judgment

/ S /   Harry F. Barnes
_____
Signature of Judge

Honorable Harry F. Barnes, United States District Judge
_____
Name and Title of Judge

December 17, 2007
_____
Date

Case 4:07-cr-40011-HFB   Document 14   Filed 12/17/07   Page 2 of 4 PageID #: 26

Judgment — Page    2    of    3

DEFENDANT:           PABLO PEREZ-GONZALEZ
CASE NUMBER:      4:07CR40011-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:   **eight (8) months with credit for time served**.  No supervision will follow term of imprisonment.  It is anticipated that the defendant will be deported following his term of imprisonment.

☐   The court makes the following recommendations to the Bureau of Prisons:

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

     ☐   at   _____ ☐ a.m.    ☐ p.m.    on   _____ .

     ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐   before 2 p.m. on   _____ .

     ☐   as notified by the United States Marshal.

     ☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on   _____ to   _____

a _____ , with a certified copy of this judgment.

           _____
           UNITED STATES MARSHAL

By   _____
           DEPUTY UNITED STATES MARSHAL

Case 4:07-cr-40011-LHFB   Document 14   Filed 12/17/07   Page 3 of 4 PageID #: 27

Judgment — Page   3   of   3  

DEFENDANT:      PABLO PEREZ-GONZALEZ
CASE NUMBER:    4:07CR40011-001

# CRIMINAL MONETARY PENALTIES

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $   100.00* | $   - 0 - | $   - 0 - |

***Government petitioned the court for remission of special assessment in open court and the court hereby grants the petition.**

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

     If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
|  |  |  |  |

| **TOTALS** | $   0 | $   0 |  |

☐ Restitution amount ordered pursuant to plea agreement   $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

     ☐ the interest requirement is waived for the    ☐ fine    ☐ restitution.

     ☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.